ACCEPTED
12-15-00097-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/20/2015 4:22:10 PM
CATHY LUSK
CLERK

**JOHN L. YOUNGBLOOD**
Attorney and Counselor at Law
130 East Corsicana Street, Suite 300
Athens, Texas 75751
Telephone: (903) 675-5188
Facsimile: (903) 677-3902

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

5/20/2015 4:22:10 PM

CATHY S. LUSK
Clerk

May 20, 2015

Ms. Cathy S. Lusk, Clerk
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

|  | Re: | Case Number: | 12-15-00097-CR |
|--|-----|--------------|----------------|
|  |  | Trial Court Case Number: | C-14,699 |

Style: *Lester Lewis Rainwater, Jr vs. The State of Texas, In the Twelfth Court of Appeals, Tyler, Texas*

Dear Ms. Lusk:

In accordance with Rule 48.1, I certify that on May 20, 2015 I sent a copy of this Court's Opinion to Lester Lewis Rainwater, Jr. at his last known address. This letter also advised Lester Lewis Rainwater, Jr. of his right to file a motion for rehearing and/or his right to pursue a Petition for Discretionary Review according to Texas rules of Appellate Procedure Rules 49 and 68 respectively. This letter and opinion were mailed using certified mail, return receipt requested.

Thank you for your time and attention in this matter. Please do not hesitate to contact me if you have any questions or concerns.

Very truly yours,

John L. Youngblood

JLY/sme
Enclosures

cc:     Client

# U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

5-20-15

Sent To _Lester Rainwater_

Street, Apt. No.
or PO Box No. _P.O. BOX 2601_

City, State, ZIP+4 _Athens, TX 75751_

PS Form 3800, August 2006          See Reverse for Instructions